[No. 45403-0-I. Division One. December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NORRIS R. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06038-1, Ronald Kessler, J., entered September 22, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 42865-9-I. Division One. December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON EDWARD BORRERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02527-0, Michael J. Fox, J., entered June 8, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Kennedy, J.

[Nos. 43723-2-I; 44434-4-I. Division One. December 11, 2000.]

*In the Matter of the Estate of* EDWARD W. JENKS III,
DECEASED.
*In the Matter of the Marriage of* ROANNE JENKS,
*Respondent*, and EDWARD JENKS, *Appellant*.

Appeals from judgments of the Superior Courts for King and Skagit Counties, Nos. 93-3-01119-2, 96-4-00102-3, J. Kathleen Learned and Michael E. Rickert, JJ., entered November 12, 1998 and March 18, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44534-1-I. Division One. December 11, 2000.]

GARY HARMON, ET AL., *Appellants*, v. JAN BENNETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-29324-3, Jay V. White, J., entered April 2, 1999. *Affirmed* by unpublished per curiam opinion.